In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-355 CV


____________________



RONALD DENTLER AND PEGGY SUE DENTLER, Appellants



V.



EDNA HELM-PERRY, SHARMANE LANKFORD, SHANNON HOWALD 
NETT, ABEL JASON HELM, FLO NEWMAN, TED BATES REALTY, INC.,

d/b/a REMAX NORTH WOODLANDS, AND THE WOODLANDS


SPRING REALTY, INC., d/b/a REMAX NORTH WOODLANDS CORP., 
Appellees





On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 02-01-00518 CV (severed from 00-04-02464 CV)






 MEMORANDUM OPINION 


 The appellants, Ronald Dentler and Peggy Sue Dentler, filed a motion to dismiss this
appeal. The Court finds that this motion is voluntarily made by the appellants prior to any
decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed
a notice of appeal. The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.


 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered March 16, 2006 

Before McKeithen, C.J., Gaultney, and Kreger, JJ.